UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Benjamin Dukhovnyy Voin Bey,
a/k/a Benjamin Stayton,

      Plaintiff,

v.                                                 No. 15-cv-2728 (JNE/TNL)
                                                 ORDER

Mower County Health and Human
Services Office of Child Support,

      Defendant.

      The Plaintiff has filed a Complaint accompanied by an application to proceed in forma pauperis ("IFP"). In a Report and Recommendation, the United States Magistrate Judge recommends that the Plaintiff's IFP application be denied and this action dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) because the Complaint is frivolous and fails to state a claim upon which relief may be granted. The Plaintiff did not object to the Report and Recommendation. After conducting a de novo review of the record, the Court now adopts it.

      Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

      1. The Report and Recommendation [ECF No. 4] is ADOPTED.

      2. Plaintiff's Application to Proceed In Forma Pauperis [ECF No. 2] is DENIED.

      3. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2015                                           s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                        United States District Judge